Michael F. Babitzke, Esq. - SBN 50048
Michael F. Babitzke, Inc.
6 South El Dorado Street, Suite 305
Stockton, California 95202
Telephone: (209) 465-5722
Facsimile: (209) 465-0714

Attorney for Edmund Watson

**FILED**

MAY 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT - SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:10-mj-00078-KJN-1 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| EDMUND WATSON | |
| Defendant. | DATE: JUNE 16, 2010<br>TIME: 10:00 A.M.<br>DEPT: 25 |

Comes now Michael F. Babitzke attorney for Edmund Watson defendant in the above entitled matter and the United States of America through Matthew C. Stegman, assistant U.S. Attorney on the above entitled matter and stipulate to continue the matter from May 26, 2010 to June 16, 2010 to facilitate discussions pertaining to resolution of the above entitled matter.

Respectfully Submitted.

DATED: May 25, 2010

_____
Michael F. Babitzke

Benjamin B. Wagner
United States Attorney

DATED: May 25, 2010

_____
By: Matthew C. Stegman
Assistant U.S. Attorney

IT IS SO ORDERED BY THE COURT.

DATED:

MAGISTRATE JUDGE KENDALL J. NEWMAN