```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ROBERT D. SWEETIN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-10-0078 KJN |
| Plaintiff, ) | Stipulation and Order |
| v. ) | Date: October 20, 2010 |
| ) | Time: 10:00 a.m. |
| EDMUND WATSON, ) | Judge: Hon. Kendall J. Newman |
| Defendant. ) | |

It is hereby stipulated and agreed between the United States and the defendant, EDMUND WATSON, by and through his undersigned counsel, MICHAEL BABITZKE, that the previously scheduled restitution hearing set for October 20, 2010, be vacated and reset for November 17, 2010, at 10:00 a.m.

///
///
///
///
///
///
///

1

1     This continuance is requested because probation is still in the process of determining the proper and exact amount of restitution in this matter.

DATED: October 19, 2010
                BENJAMIN B. WAGNER
                United States Attorney

                By:  /s/ Matthew C. Stegman
                    MATTHEW C. STEGMAN
                    Assistant U.S. Attorney

DATED: October 19, 2010

                By:  /s/ Michael Babitzke
                    MICHAEL BABITZKE
                    Attorney for Defendant
                    Milton K. Warren

[P R O P O S E D] O R D E R

IT IS SO ORDERED:

DATED: October 19,2010

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge

2